**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X Case No. 17-cv-02272-ADS-AYS

LAUREN CARFORA,

                              Plaintiff,            STIPULATION OF
       -against-                                   VOLUNTARY DISMISSAL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

CREDIT BUREAU OF NAPA COUNTY, INC.
doing business as CHASE RECEIVABLES,    ★  AUG 05 2017  ★

                            Defendant.          LONG ISLAND OFFICE
---------------------------------------------------------------X

The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees. The class claims are dismissed without prejudice.

Dated: New York, New York
       August 4, 2017.

| | |
|---|---|
| /s/ *Novlette R. Kidd* | /s/ *Olivia J. Italiano* |
| NOVLETTE R. KIDD, ESQ. | OLIVIA J. ITALIANO, ESQ. |
| FAGENSON & PUGLISI, PLLC | WOLLMUTH MAHER & DEUTSCH LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 450 Seventh Avenue, Suite 704 | 500 Fifth Avenue |
| New York, New York 10123 | New York, New York 10110 |
| Tel.: (212) 268-2128 | Tel.: (212) 382-3300 |
| Nkidd@fagensonpuglisi.com | Oitaliano@wmd-law.com |

SO ORDERED: The Clerk of the Court is respectfully directed to close this case.

s/ Arthur D. Spatt
_____        8/5/17
Arthur D. Spatt, U.S.D.J.                          Date